UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RADIANT GLOBAL LOGISTICS, INC.,

      Plaintiff,                       No. 18-12783

v.                                     District Judge Paul D. Borman
                                          Magistrate Judge R. Steven Whalen

BTX AIR EXPRESS OF DETROIT, LLC,

      Defendant.

                                   /

**ORDER**

For the reasons stated on the record on August 11, 2020, Defendant's Motion to Compel [ECF No. 106] is DENIED.[1]

IT IS SO ORDERED.

                                                    s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    United States Magistrate Judge

Dated: August 11, 2020

---

[1] Plaintiff has submitted the unredacted version of an email (RDTW195839) to which attorney-client privilege was claimed, for *in camera* review. Having completed that review, I find that the redacted portion of the email is protected by attorney-client privilege, and Defendant's request for its production is denied.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 11, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager